IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79-4 |
| | : | |
| MALACHI BENJAMIN | : | |

# ORDER

**AND NOW**, this 25th day of June 2024, following our study of Judge Miller's Report and Recommendation (ECF No. 1152), we adopt Defendant Malachi Benjamin's knowing and voluntary guilty plea to Count 10 of the Third Superseding Indictment (ECF No. 555) charging him with possessing a firearm in furtherance of a drug trafficking crime, without objection due yesterday, and relying on Judge Miller's thoughtful assessment Defendant Benjamin entered his guilty plea knowingly and voluntarily, it is **ORDERED** we:

1. **APPROVE AND ADOPT** Judge Miller's Report and Recommendation (ECF No. 1152);

2. Accept Defendant Benjamin's plea and find him **GUILTY** of Count 10 of the Third Superseding Indictment (ECF No. 555); and,

3. Schedule sentencing in a separate Order allowing for a pre-sentence investigation report and briefing.

**KEARNEY, J.**